**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CYNTHIA DIVEGLIA,                          :  No. 644 MAL 2017
                                           :
                    Petitioner             :
                                           :
                                           :  Petition for Allowance of Appeal from
                                           :  the Order of the Commonwealth Court
            v.                             :
                                           :
                                           :
COMMONWEALTH OF PENNSYLVANIA,              :
DEPARTMENT OF TRANSPORTATION,              :
BUREAU OF DRIVER LICENSING,                :
                                           :
                    Respondent             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.